# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-447-KDB-DCK

| | |
|---|---|
| TERRIE AMMONS RALLINGS, EXECUTRIX OF THOMAS BILLY RAWLINGS, JR. ESTATE, </br></br>  Plaintiff, </br></br> v. </br></br> COMMONWEALTH ANNUITY & LIFE INSURANCE COMPANY F/K/A ALL AMERICAN FIN. LIFE INS. & ANNUITY CO., </br></br> Defendant. | </br></br></br></br></br></br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Notice Of Designation Of Mediator And Joint Motion To Extend Deadline To Mediate" (Document No. 9) filed June 24, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Notice Of Designation Of Mediator And Joint Motion To Extend Deadline To Mediate" (Document No. 9) is **GRANTED**. The parties shall have up to and including **September 9, 2019** to conduct a mediation in this case. Further extension of this deadline is unlikely to be allowed.

Signed: June 25, 2019

David C. Keesler
United States Magistrate Judge